☒ FILED    ☐ LODGED

**May 22 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| **Return** | | |
|---|---|---|
| Case No.:<br>26-1372MB | Date and time warrant executed:<br>05/18/2026  1527 hours | Copy of warrant and inventory left with:<br>N/A |

| Inventory made in the presence of :  SA Marco Rodriguez |
|---|

| Inventory of the property taken and name of any person(s) seized: |
|---|
| Electronic evidence recovered. |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 05/22/2026<br><br>_____<br>*Executing officer's signature*<br><br>Jacob Weitzman    Special Agent<br>*Printed name and title* |